NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PRENTISS E. JACKSON,                          )
                                              )
                 Appellant,                   )
                                              )
v.                                            )          Case No. 2D19-1557
                                              )
STATE OF FLORIDA,                             )
                                              )
                 Appellee.                    )
_____)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Prentiss E. Jackson, pro se.


PER CURIAM.


                 Affirmed.  See Robinson v. State, 37 So. 3d 921 (Fla. 2d DCA 2010);

Bannister v. State, 844 So. 2d 767 (Fla. 3d DCA 2003).



VILLANTI, LUCAS, and SALARIO, JJ., Concur.